**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

    **v.**
                                   **Case No. 2:25-cr-166**

                                       **Judge Michael H. Watson**

**Terrence Whiteside,**

                             **ORDER**

There being no objections, and upon review of the Indictment, Plea

Agreement, and Report and Recommendation of the Magistrate Judge ("R&R")

the Court hereby adopts the R&R, ECF No. 47.  The Court accepts Defendant's

plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on

that count.  The Court will defer the decision of whether to accept the plea

agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

                                                    _/s/ Michael H. Watson_

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**